JULY 15, 1976

WALDRON v ARMSTRONG RUBBER COMPANY. (ACCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA v ARMSTRONG RUBBER COMPANY). (Docket Nos. 58161, 58162.) Leave to appeal is considered, and it appearing to this Court that the case of *Southgate Community School District v West Side Construction Co* (Docket No. 57584) is presently pending on appeal before this Court and that the decision in

that case may be decisive of the issues raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in that case. *Kiefer, Allen & Cavanagh* for plaintiffs-appellees. *Plunkett, Cooney, Rutt, Watters, Stanczyk & Pedersen* for defendants-appellants. Reported below: *(On Remand)* 64 Mich App 626.

RYAN, J., not participating.